TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00405-CV

SPX Corporation or SPX Credit Corporation,

d/b/a Automotive Diagnostics, Appellant

v.

Austin City Radiator Service, Inc. d/b/a City Radiator and

Calvin W. Bilbo, Guarantor, Appellees

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY, 

NO. 236,104, HONORABLE ORLINDA L. NARANJO, JUDGE PRESIDING 

PER CURIAM

 Appellant SPX Corporation or SPX Credit Corporation, d/b/a Automotive
Diagnostics moves this Court to dismiss its appeal. We grant the motion and dismiss the appeal. 
See Tex. R. App. P. 42.1(a)(2).

Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: August 31, 1998

Do Not Publish